# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVO SURGICAL INC., and SPECIALTY ) <br> SURGICAL INSTRUMENTATION, INC. ) <br> d/b/a SYMMETRY SURGICAL, INC., ) <br> ) <br> Defendants. ) | No. 18 cv 02797 |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, Sentinel Insurance Company, Ltd., by its attorneys, Michael J. Duffy and Mark J. Sliwinski of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(1), as the Defendants have not served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear their own costs and respective attorney fees.

Dated: August 2, 2018

Respectfully Submitted,

SENTINEL INSURANCE COMPANY, LTD.

By: /s/ Mark J. Sliwinski
One of Its Attorneys

Michael J. Duffy (6196669) – michael.duffy@wilsonelser.com
Mark J. Sliwinski (6314019) – mark.sliwinski@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street – Suite 3800
Chicago, Illinois 60603
312.704.0550 p | 312.704.1522 f

1

2557242v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, I electronically filed Sentinel Insurance Company, Ltd.'s Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

n/a

and I hereby certify that on August 2, 2018, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Novo Surgical Inc.
c/o Christopher J. Fahy
K&L Gates
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207

Specialty Surgical Instrumentation, Inc. d/b/a Symmetry Surgical, Inc.
c/o Isaac J. Colunga
Ice Miller LLP
200 West Madison Street, Suite 3500
Chicago, Illinois 60606-3417

                                                     /s/ Mark J. Sliwinski